JOHN D. OTTEWELL, Respondent, *v.* JANE B. MUXLOW, Appellant, et al., Respondents.

(Submitted December 10, 1890; decided December 19, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made June 14, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Wilder, Wilder & Lynch* for appellant.

*Lewis Hurst* for respondent John D. Ottewell.

*Arthur Hurst* for respondent Lawrence A. Thole.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.